**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 29, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2022

**MEMO ENDORSED**

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:  *Jiang v. Mayorkas, et al.*, No. 22 Civ. 6192 (VEC)

Dear Judge Caproni:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate three Refugee/Asylee Relative Petitions (Forms I-730).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from October 3, 2022, to December 2, 2022).  In addition, I respectfully request that the initial pretrial conference presently scheduled for October 7, 2022 be rescheduled to the week of December 12, 2022 or thereafter (with a corresponding extension of time for the preconference submission).

      I respectfully request this extension because USCIS issued Requests for Evidence relating to two of the Forms I-730 and needs additional time to determine next steps and other adjudicative action with respect to these forms which could render a portion of the complaint moot.  In addition, USCIS is still reviewing the remaining Form I-730 that is pending overseas and needs additional time to consider next steps with respect to that form, which may also include a Request for Evidence, Notice of Intent to Deny, or other adjudicative action.  This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial conference.  Plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ *Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)

---

Application GRANTED. The initial pretrial conference is rescheduled for **Friday, December 16, 2022, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at Dkt. 5, are due no later than **December 8, 2022.**

SO ORDERED.

*[signature]* 09/29/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE